No. 96–9220. IN RE HUGHEY;
No. 96–9235. IN RE STONE; and
No. 96–9255. IN RE BLUMEYER. Petitions for writs of habeas corpus denied.

No. 96–8947. IN RE CARNEY ET AL. Petition for writ of mandamus denied.

No. 96–1037. KIOWA TRIBE OF OKLAHOMA v. MANUFACTURING TECHNOLOGIES, INC. Ct. Civ. App. Okla. Certiorari granted.

No. 96–1613. UNITED STATES v. ESTATE OF ROMANI. Sup. Ct. Pa. Certiorari granted.

No. 96–679. PISCATAWAY TOWNSHIP BOARD OF EDUCATION v. TAXMAN. C. A. 3d Cir. Motions of National School Boards Association and New Jersey School Boards Association for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 96–1395. KING, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT v. ERICKSON ET AL.; and KING, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT v. MCMANUS ET AL. C. A. Fed. Cir. Motion of respondent Jeanette Walsh for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 96–1578. PHILLIPS ET AL. v. WASHINGTON LEGAL FOUNDATION ET AL. C. A. 5th Cir. Certiorari granted limited to the following question: "Is interest earned on client trust funds held by lawyers in IOLTA accounts a property interest of the client or lawyer, cognizable under the Fifth Amendment of the United States Constitution, despite the fundamental precept of IOLTA that such funds, absent the IOLTA program, could not earn interest for the client or lawyer?"